NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**IN RE: GOOGLE LLC,**
*Appellant*

———————————————

2023-2119

———————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 15/394,586.

———————————————

**JUDGMENT**

———————————————

ARTHUR JOHN ARGALL, III, Williams & Connolly LLP, Washington, DC, argued for appellant. Also represented by ANDREW V. TRASK, MICHAEL THOMAS ZAKRAJSEK.

ROBERT MCBRIDE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Coke Morgan Stewart. Also represented by MAI-TRANG DUC DANG, AMY J. NELSON, FARHEENA YASMEEN RASHEED, MEREDITH HOPE SCHOENFELD.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MAYER, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 5, 2025
Date

Jarrett B. Perlow
Clerk of Court